**R. P. PRICE v. STATE. (No. 11136.) Court of Criminal Appeals of Texas. Nov. 9, 1927.** Appeal from District Court, Shelby County; R. T. Brown, Judge. E. J. McLeroy, of Center, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is forgery; punishment fixed at confinement in the penitentiary for a period of two years. The record is before us without statement of facts or bills of exceptions. The indictment appears regular. No fundamental error having been perceived or pointed out, the judgment is affirmed.

---

**2**

**John SANDERS v. STATE. (No. 11089.) Court of Criminal Appeals of Texas. Nov. 2, 1927. Rehearing denied Nov. 30, 1927.** Appeal from District Court, Hamilton County; Joe H. Eidson, Judge. S. G. Tankersley, of Glen Rose, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for selling intoxicating liquor; punishment, one year in the penitentiary. The record is before us without any bills of exception or statement of facts. The indictment charges the offense. There is no complaint of the charge of the court. The judgment and sentence follow the charge. No error appearing, the judgment will be affirmed.

---

**3**

**A. SMOOT v. STATE. (No. 11101.) Court of Criminal Appeals of Texas. Nov. 2, 1927.** Appeal from District Court, Howard County; Fritz R. Smith, Judge. Clyde Thomas and D. E. Bishop, both of Big Springs, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful transportation of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. The indictment appears regular. The record is before this court without statement of facts or bills of exceptions. No fundamental error having been perceived or pointed out, the judgment is affirmed.

---

**4**

**M. B. SNYDER v. STATE. (No. 11417.) Court of Criminal Appeals of Texas. Nov. 9, 1927.** Appeal from District Court, Montague County; Vincent Stine, Judge. Chancellor & Bryan, of Bowie, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for forgery; punishment, two years in the penitentiary. We find in the record an affidavit made by appellant, in proper form, containing a request that the appeal herein be dismissed. The request is granted, and the appeal is ordered dismissed.

---

**5**

**Zole MOTT et al. v. I. R. BORDAGES et al. (No. 1626.) Court of Civil Appeals of Texas. Beaumont. Nov. 24, 1927.** Appeal from District Court, Jefferson County; J. D. Campbell, Judge. Thos. H. Stone, of Houston, M. S. Duffie and Crook, Lefler, Cunningham & Murphy, all of Beaumont, for appellants. Orgain & Carroll and F. J. & C. T. Duff, all of Beaumont, for appellees.

O'QUINN, J. Appellants sued appellees in trespass to try title to certain land. Appellees answered by general demurrer, plea of not guilty, and the 2, 4, 10, and 25 year statutes of limitation. Appellees also, by appropriate pleas in cross-action, set up title in themselves to the land, and prayed for judgment for title and possession of same. At the close of the evidence the court instructed the jury to return a verdict against appellants and in favor of appellees for the land, which was done, and judgment accordingly entered. Motion for a new trial was overruled, and the case is before us on appeal. Neither party has filed briefs. No fundamental error appearing upon the face of the record, the judgment should be affirmed; and it is so ordered. Affirmed.